UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


DAN MEDINA,
           Plaintiff

V.                                                      CR 05-30121-MAP


ALBERTO R. GONZALES,
ET AL,
           Defendants
                              ORDER

                          May 24, 2005

PONSOR, D.J.

        The above captioned case was removed from the Hampden County

Housing Court on May 23, 2005.    The sole plaintiff is

incarcerated at MCI Walpole in the Eastern Division of the United

States District Court.

        It is hereby ordered that this case be transferred to the

United States District Court in Boston for reassignment by the

Clerk pursuant to Local Rule 40.1(1)(b).

        It is so ordered.

                              _____
                              United States District Judge