```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

DAN MEDINA,                  )
     Plaintiff,              )
                             )
     v.                      )   C.A. No. 05-30121-MLW
                             )
ALBERTO R. GONZALES,         )
ET AL,                       )
     Defendants.             )
```

## ORDER

WOLF, D.J.                                              June 8, 2005

As plaintiff Dan Medina has sued me, among others, I hereby RECUSE myself and this case is RETURNED to the Clerk to be randomly redrawn.

```
                                    /S/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```