# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No. 05-30121-MLW

Title: Medina v. Gonzales, et al

## NOTICE

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge Wolf has been reassigned to Judge Keeton for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials REK

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By: Kathleen Boyce
Deputy Clerk

Date: 6-23-05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)